AO 440 (Rev. 1/90) Summons in a Civil Action

B-04-CV-105

United States District Court
Southern District of Texas
FILED
AUG 0 2 2004
Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

**DATE** 6/24/04

**NAME OF SERVER (PRINT)** Lisa S. Brodyaga

**TITLE** Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received for Marc Moore on 6/24/04 by: Refugio [Juarez?] Acting SDO

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/04

Signature of Server

Refugio Del Rio
17891 Landrum Park Road
San Benito, Texas 78586
(956)421-3226

Address of Server

2004 AUG -2 AM 9:41
MICHAEL H. MILBY, CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.