UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 26 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

OSCAR MARTINEZ-LOPEZ, )
)
v. )
) CA B-04-105
MARC MOORE, FIELD OFFICE DIRECTOR, and )
TOM RIDGE, SECRETARY, DEPARTMENT OF )
HOMELAND SECURITY, and )
THE UNITED STATES OF AMERICA. )
_____ )

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

Before the Court is Petitioner's Unopposed Motion For Extension of Time To Respond to Respondents' Motions to Dismiss, and for Summary Judgment, on his petition for Writ of Habeas Corpus and complaint for injunctive and declaratory relief, until 45 days following receipt of the administrative record. Upon consideration of same, the Court is of the opinion that said motion be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the due date of Petitioner's response to Respondents' Motions to Dismiss, and for Summary Judgment, on his petition for Writ of Habeas Corpus and complaint for injunctive and declaratory relief, be, and the same hereby is, extended until 45 days following receipt by Petitioner of the administrative record herein.

DONE this 26th Day of August, 2004
at Brownsville, Texas.

HON. FELIX RECIO
JUDGE PRESIDING