## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR MARTINEZ-LOPEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-04-105 |
| MARC MOORE, Field Director; | § | |
| TOM RIDGE, Secretary, Department of | § | |
| Homeland Security; and the | § | |
| UNITED STATES OF AMERICA, | § | |
|     Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the Government's Motion to Dismiss (Docket No. 6-1) is hereby GRANTED and the Government's Motion for Summary Judgment (Docket No. 6-2) is MOOTED. Accordingly, Oscar Martinez-Lopez's Petition for Writ of Habeas Corpus and Request for Declaratory and Injunctive Relief (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda Tagle
United States District Judge